IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAICE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:04-CV-211-DF |
| | § | |
| TOYOTA MOTOR CORP., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Defendants' Motion for Summary Judgement. Dkt. No. 56.  Also before the Court is Plaintiff's response and Defendants' reply. Dkt. Nos. 58 and 63.   The previously scheduled hearing on this motion was postponed.

The Court hereby resets the hearing on Defendants' motion for Wednesday, November 9, 2005, at 10:00 a.m. **IN TEXARKANA.**  Each side shall have thirty (30) minutes to present.

SIGNED this 21st day of October, 2005.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE