F I L E D
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 2 0 2005

DAVID J. MALAND, CLERK
BY
DEPUTY _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| PAICE, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:04-CV-211 (DF) |
| | § | |
| TOYOTA MOTOR CORP., ET. AL., | § | |
| | § | |
| Defendants. | § | |

## VERDICT FORM

You, the jury are to answer the following questions based on the evidence admitted at trial and according to the Instructions the Court has given you. Start with Question No. 1 and proceed through the questions following the directions included in this Verdict Form.

-1-

**Question No. 1:**

Has Paice proven by a preponderance of the evidence that the 2004 and later model year Toyota

Prius infringes any of following claims of the patents in suit?

Answer "Yes" or "No" for each claim in each patent listed below.

|  |  | **Literal Infringement** | **Infringement under the doctrine of equivalents** |
|---|---|---|---|
| **'970 Patent** |  |  |  |
| Claim 7 | Answer: | NO | NO |
| Claim 8 | Answer: |  | NO |
| Claim 11 | Answer: | NO | yes |
| Claim 39 | Answer: | NO | yes |

If, and only if, you find infringement under the doctrine of equivalents for a particular claim, list which element or elements of the 2004 and later model year Toyota Prius you find equivalent and the corresponding limitation or limitations of the claim. Use additional space if necessary.

| Claim No. | Element(s) | Claim Limitation(s) |
|---|---|---|
| 11 | Planet. Gear Asem. | controlable torque transfer |
| 39 | Planet. Gear Asem. | Controlable torque transfer |
|  |  |  |

-2-

|  | | **Literal Infringement** | **Infringement under the doctrine of equivalents** |
|---|---|---|---|
| **'672 Patent** | | | |
| Claim 15 | Answer: | NO | NO |
| Claim 16 | Answer: | No | No |

If, and only if, you find infringement under the doctrine of equivalents for a particular claim, list which element or elements of the 2004 and later model year Toyota Prius you find equivalent and the corresponding limitation or limitations of the claim. Use additional space if necessary.

| Claim No. | Element(s) | Claim Limitation(s) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

|  |  | **Literal Infringement** | **Infringement under the doctrine of equivalents** |
|---|---|---|---|
| **'088 Patent** | | | |
| Claim 1 | Answer: | NO | NO |
| Claim 2 | Answer: | NO | NO |
| Claim 3 | Answer: | NO | NO |

If, and only if, you find infringement under the doctrine of equivalents for a particular claim, list which element or elements of the 2004 and later model year Toyota Prius you find equivalent and the corresponding limitation or limitations of the claim. Use additional space if necessary.

| Claim No. | Element(s) | Claim Limitation(s) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

-4-

**Question No. 2:**

Has Paice proven by a preponderance of the evidence that the Toyota Highlander/Lexus RX400H

infringes any of following claims of the patents in suit?

Answer "Yes" or "No" for each claim of each patent listed below.

| | | **Literal Infringement** | **Infringement under the doctrine of equivalents** |
|---|---|---|---|
| **'970 Patent** | | | |
| Claim 7 | Answer: | NO | NO |
| Claim 8 | Answer: | | NO |
| Claim 11 | Answer: | NO | yes |
| Claim 39 | Answer: | NO | yes |

If, and only if, you find infringement under the doctrine of equivalents for a particular claim, list which element or elements of the Toyota Highlander/Lexus RX400H you find equivalent and the corresponding limitation or limitations of the claim. Use additional space if necessary.

| Claim No. | Element(s) | Claim Limitation(s) |
|---|---|---|
| 11 | Planetary Gear Assm. | Controlable torque transfer |
| 39 | Planetary Gear Assm. | Controlable torque transfer |
| | | |

-5-

|  |  | **Literal Infringement** | **Infringement under the doctrine of equivalents** |
|---|---|---|---|
| **'672 Patent** |  |  |  |
| Claim 15 | Answer: | NO | NO |
| Claim 16 | Answer: | NO | No |
| Claim 26 | Answer: | NO | NO |

If, and only if, you find infringement under the doctrine of equivalents for a particular claim, list which element or elements of the Toyota Highlander/Lexus RX400H you find equivalent and the corresponding limitation or limitations of the claim. Use additional space if necessary.

| Claim No. | Element(s) | Claim Limitation(s) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

|  | | **Literal Infringement** | **Infringement under the doctrine of equivalents** |
|---|---|---|---|
| **'088 Patent** | | | |
| Claim 1 | Answer: | No | No |

If, and only if, you find infringement under the doctrine of equivalents for a particular claim, list which element or elements of the Toyota Highlander/Lexus RX400H you find equivalent and the corresponding limitation or limitations of the claim.  Use additional space if necessary.

| Claim No. | Element(s) | Claim Limitation(s) |
|---|---|---|
| _____ | _____ | _____ |

**Question No. 3:**

Has Paice proven by clear and convincing evidence that Toyota's infringement, if any, of the

claims of any of the patents in suit was willful?


Answer "Yes" or "No" for each patent listed below.

'970 Patent                Answer:        NO

'672 Patent                Answer:        NO

'088 Patent                Answer:        NO

-8-

**Question No. 4:**

Has Toyota proven by clear and convincing evidence that any of the claims of the patents in suit are invalid by anticipation?

Answer "Yes" or "No" for each claim listed below:

**'672 Patent**

| | | |
|---|---|---|
| Claim 15 | Answer: | NO |
| Claim 16 | Answer: | NO |
| Claim 26 | Answer: | NO |

**'088 Patent**

| | | |
|---|---|---|
| Claim 1 | Answer: | NO |
| Claim 2 | Answer: | NO |
| Claim 3 | Answer: | NO |

-9-

**Question No. 5:**

Has Toyota proven by clear and convincing evidence that any of the claims of the patents in suit are invalid for obviousness?

Answer "Yes" or "No" for each claim listed below:

**'970 Patent**

| | | |
|---|---|---|
| Claim 7 | Answer: | NO |
| Claim 8 | Answer: | NO |
| Claim 11 | Answer: | NO |
| Claim 39 | Answer: | NO |

**'672 Patent**

| | | |
|---|---|---|
| Claim 15 | Answer: | NO |
| Claim 16 | Answer: | NO |
| Claim 26 | Answer: | NO |

**'088 Patent**

| | | |
|---|---|---|
| Claim 1 | Answer: | NO |
| Claim 2 | Answer: | NO |
| Claim 3 | Answer: | NO |

**Question No. 6:**

If you have found that any of the accused vehicles infringes any claim of the patents in suit, and the claim is valid, what is the reasonable royalty, if any, that would fairly and adequately compensate Paice for infringement?

Prius                                              $ 3,348,475.⁰⁰

Highlander and RX 400H                             $ 921,475.⁰⁰

The foreperson must sign and date this verdict form:

_Charles E Wallace_          12/20/2005
FOREPERSON                              DATE

-11-