THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAICE | * | |
| | * | |
| vs. | * | 2:04-CV-211 |
| | * | |
| TOYOTA | * | |

**OATH OF INTERPRETER**

I do solemnly swear that I will translate from English to Japanese and Japanese to English fully and completely, and communicate all of the testimony to the Court to the best of my knowledge. SO HELP ME GOD.

_____
Minoru Akuhara

SUBSCRIBED AND SWORN TO BEFORE this the 12th day of December, 2005.

_____
Deputy Clerk