IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL  DIVISION

TIME1:30 (OPEN)                                DATE 1/19/06

JUDGE David Folsom

PAICE LLP                        §
                                 §
V.                               §   CIVIL ACTION NO.  2:04CV211
                                 §
TOYOTA MOTOR CORP                §    IN Chambers Status conference

ATTORNEYS FOR PLAINTIFF: Ruffin Cordell, Ahmed Davis, Garrett Chambers
ATTORNEYS FOR DEFENDANT: George Badenoch, John Flock, Justin Truelove
LAW CLERK: Courtney Towle

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING
PROCEEDINGS WERE HAD:

Telephone Status Conference - court requests status on application for injunction; Cordell

for Paice advises that injunction should be filed today, with 2 week opposition time and one

week reply.  Ct confers with parties and sets hearing date in April; parties anticipate one

half day needed; Hearing set for April 25, 2006 @ 10:00 in Texarkana.


                                 DAVID J. MALAND, CLERK
                                 BY: Rhonda Lafitte
                                    Courtroom Deputy

TIME: 1:38  (ADJOURN)