IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PAICE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, a Japanese Corporation, TOYOTA MOTOR NORTH AMERICA, INC., and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>    Defendants. | Case No.: 2:04-cv-211 |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court has reviewed and considered the Stipulation of Dismissal With Prejudice and finds that the STIPULATION should be entered. Upon the consent of the Parties it is hereby Ordered, Adjudged and Decreed that:

 (1) All claims presented by the Complaint, Answer, Counterclaims, and any responsive pleading shall be dismissed with prejudice as to each of the Parties;

 (2) That portion of the Amended Judgment dated April 17, 2008 that provides for an ongoing royalty is hereby vacated; and

 (3) The Parties shall bear their own costs and attorney's fees.

**SIGNED this 22nd day of July, 2010.**

                  _____
                  DAVID FOLSOM
                  UNITED STATES DISTRICT JUDGE